|   |   |
|---|---|
| 1 | BESS M. BREWER, #100364 |
|   | LAW OFFICE OF |
| 2 | BESS M. BREWER & ASSOCIATES |
|   | P.O. Box 5088 |
| 3 | Sacramento, CA 95817 |
|   | Telephone: (916) 509-7051 |

BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARI A. DALSIS**<br>xxx-xx-0697<br><br>Plaintiff,<br><br>v.<br><br>**CAROLYN W. COLVIN,**<br>**ACTING COMMISSIONER OF SSA**<br><br>Defendant. | No. 2:13-cv-1559 DAD<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGMENT MOTION** |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from April 3, 2014, to May 2, 2014, with all other deadlines extended accordingly. This extension is required due to counsel's briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: April 3, 2014         /s/*Bess M. Brewer*
                             BESS M. BREWER
                             Attorney at Law

                             Attorney for Plaintiff


Dated: April 3, 2014         Benjamin B. Wagner
                             United States Attorney

                             Donna L. Calvert
                             Acting Regional Chief Counsel, Region IX
                             Social Security Administration

                             /s/ Henry L. Chi
                             HENRY L. CHI

                             Special Assistant United States Attorney
                             Attorneys for Defendant


## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: April 4, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\dalsis1559.stip.eot.ord.doc

2