BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Regional Chief Counsel, Region IX
Social Security Administration
HENRY L. CHI, CSBN 265009
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone:  415-977-8953
    Facsimile:  415-744-0134
    E-Mail:  henry.chi@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CARI A. DALSIS, ) | No. 2:13-cv-01559 DAD |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER FOR A** |
| v. ) | **FIRST EXTENSION OF TIME FOR** |
| ) | **DEFENDANT TO RESPOND TO** |
| CAROLYN W. COLVIN, ) | **PLAINTIFF'S OPENING BRIEF** |
| ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 60 days to respond to Plaintiff's opening brief.  Counsel for Defendant requests this extension in light of other district court litigation, planned vacation, and substantive non-litigation matters.

/////

1

The current due date is June 18, 2014. The new due date will be August 18, 2014. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: June 4, 2014                 */s/ Bess M. Brewer*
                                    (by email authorization on June 4, 2014)
                                    Attorney for Plaintiff

Dated: June 11, 2014                BENJAMIN B. WAGNER
                                    United States Attorney

                        By:         /s/ *Henry L. Chi*
                                    Henry L. Chi
                                    Special Assistant U.S. Attorney

                                    Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  June 12, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
dalsis1559.stip.eot2.ord.doc